IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV 17 2021

BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 6:21-CR-78 |
| | § | Judge JCB / KNM |
| DANIEL ROACH | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### INTRODUCTION

### THE SCHEME

Beginning on or about August 1, 2021, to on or about October 20, 2021, in the Eastern District of Texas and elsewhere, **Daniel Roach**, defendant, did devise a scheme and artifice to defraud and for obtaining money or property by means of false or fraudulent pretenses, representations, or promises.

### OBJECT OF THE SCHEME

1. The objective of the scheme was to obtain funds from other individuals and property from businesses under false pretenses and maintain those funds and property for personal use.

2. It was part of the scheme that **Daniel Roach**, defendant, did:

   a. steal checks from envelopes that had been placed into United States Postal Service post office boxes for mailing;

    b. alter the checks and pass them at the Walmart stores in Gun Barrel City, Texas; Athens, Texas; and Canton, Texas, in order to purchase retail merchandise; and

    c. return the retail merchandise to Walmart stores for cash reimbursement.

## Count One

Violation: 18 U.S.C. § 1708<br>(Mail Theft)

On or about August 10, 2021, in the Eastern District of Texas, **Daniel Roach**, defendant, did knowingly and unlawfully have in his possession mail and the contents of mail, to wit: a check, #6545, from account number ****8808, that had been placed in the mail by B. R., which had been stolen, taken, embezzled, or abstracted from the U.S. Mail, knowing the same to have been stolen, taken, embezzled or abstracted.

In violation of Title 18 U.S.C. § 1708.

## Count Two

Violation: 18 U.S.C. § 1708<br>(Mail Theft)

On or about August 13, 2021, in the Eastern District of Texas, **Daniel Roach**, defendant, did knowingly and unlawfully have in his possession mail and the contents of mail, to wit: a check, #2631, from account number ****0254, that had been placed in the mail by N. R., which had been stolen, taken, embezzled, or abstracted from the U.S. Mail, knowing the same to have been stolen, taken, embezzled or abstracted.

In violation of Title 18 U.S.C. § 1708.

## Count Three

Violation: 18 U.S.C. § 1708
(Mail Theft)

On or about August 24, 2021, in the Eastern District of Texas, **Daniel Roach**, defendant, did knowingly and unlawfully have in his possession mail and the contents of mail, to wit: a check, # 3265, from account # ****6731, that had been placed in the mail by B. M., which had been stolen, taken, embezzled, or abstracted from the U.S. Mail, knowing the same to have been stolen, taken, embezzled or abstracted.

In violation of Title 18 U.S.C. § 1708.

## Count Four

Violation: 18 U.S.C. § 1708
(Mail Theft)

On or about October 15, 2021, in the Eastern District of Texas, **Daniel Roach**, defendant, did knowingly and unlawfully have in his possession mail and the contents of mail, to wit: a check, #1493, from account # *****9838, that had been placed in the mail by B. B., which had been stolen, taken, embezzled, or abstracted from the U.S. Mail, knowing the same to have been stolen, taken, embezzled or abstracted.

In violation of Title 18 U.S.C. § 1708.

## Count Five

Violation: 18 U.S.C. § 1708
(Mail Theft)

On or about October 16, 2021, in the Eastern District of Texas, **Daniel Roach**, defendant, did knowingly and unlawfully have in his possession mail and the contents of mail, to wit: a check, # 06129, from account # ***6860, that had been placed in the mail by C.P, which had been stolen, taken, embezzled, or abstracted from the U.S. Mail, knowing the same to have been stolen, taken, embezzled or abstracted.

In violation of Title 18 U.S.C. § 1708.

## Count Six

Violation: 18 U.S.C. § 1708
(Mail Theft)

On or about October 20, 2021, in the Eastern District of Texas, **Daniel Roach**, defendant, did knowingly and unlawfully have in his possession mail and the contents of mail, to wit: a blank check, # 2983, from account # ****1641, that had been placed in the mail by P.S., which had been stolen, taken, embezzled, or abstracted from the U.S. Mail, knowing the same to have been stolen, taken, embezzled or abstracted.

In violation of Title 18 U.S.C. § 1708.

## Count Seven

Violation: 18 U.S.C. § 1343<br>(Wire Fraud)

On or about August 13, 2021 in the Tyler Division of the Eastern District of Texas, **Daniel Roach**, defendant, having devised the aforesaid scheme and artifice to defraud and obtain money and property by means of false and fraudulent pretenses, representations, and promises, caused to be transmitted by means of wire, in interstate commerce, writings, signs, and signals, for the purpose of executing the aforesaid scheme and artifice, to-wit: a check, #2631, from account # ****0254, in the amount of $248.69, made payable to Walmart, and deposited into Walmart's bank account.

In violation of Title 18 U.S.C. § 1343.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

Pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461

As a result of committing the offenses as alleged in this indictment, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461, any property constituting, or derived from, proceeds the person obtained directly or indirectly, as the result of such violation(s).

If any property subject to forfeiture, as a result of any act or omission by the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with a third party;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant up to the value of the forfeitable property.

A TRUE BILL

_____MKF_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
UNITED STATES ATTORNEY

_____/s/_____      Date __11/17/21__
JIM NOBLE
Assistant United States Attorney

Indictment - Page 7

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV 17 2021

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § § | NO. 6:21-CR-78<br>Judge JCB-KNM |
| DANIEL ROACH | | |

## NOTICE OF PENALTY

### Counts One - Six

VIOLATION:       18 U.S.C. § 1708

PENALTY:         Imprisonment for not more than five (5) years; a fine of not more than $250,000; a term of supervised release of not more than three (3) years.

SPECIAL ASSESSMENT       $100.00

### Count Seven

VIOLATION:       18 U.S.C. § 1343

PENALTY:         Imprisonment for not more than twenty (20) years; a fine of not more than $250,000; a term of supervised release of not more than five (5) years.

SPECIAL ASSESSMENT       $100.00